Robert P. Vail, Walker H. Mills and Thomas H. Armstrong, Partners Practicing Law Under Firm Name of Vail, Mills and Armstrong, Plaintiffs-Appellees, v. The City of Paris, Edgar County, Illinois, Defendant-Appellant.

Gen. No. 9,876. 

 Massey, Anderson & Gibson, Stevens, Herndon & Nafziger, and Hartman Schwartz, for appellant; Robert L. Gibson, and Elmer Nafziger, of counsel; Vail, Mills & Armstrong, *pro se*, appellees. Opinion by JUSTICE REYNOLDS. Not to be published in full. Opinion filed June 1, 1953; released for publication June 17, 1953.